**Opinion issued October 14, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00459-CV

———————————

**J. JAMES RAYMOND, Appellant**

**V.**

**JOSEPH DEGIOANNI, EMTEL, INC., AND BRAZOS EMERGENCY PHYSICIANS ASSOCIATION, P.A., THE METHODIST HOSPITAL, THE METHODIST HEALTH CARE CENTERS D/B/A METHODIST SUGAR LAND HOSPITAL AND METHODIST WILLOWBROOK, NEPTUNE EMERGENCY PHYSICIAN SERVICES, P.A., PATRICK G. WOODS, M.D., DIANA FITE, M.D., NEPTUNE EMERGENCY PHYSICIAN SERVICES, P.A., JOHN E. BUCK, M.D., STEVE MATTI, M.D., DANIEL MAO, M.D., LEEOR B. PELEG, D.O., ERIC SCHROEDER, M.D., DAN BURIAN, M.D., AND GEORGE SIMONS, D.O., Appellees/Cross-Appellants**

On Appeal from the 334th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2003-53712

## MEMORANDUM OPINION

Appellant, J. James Raymond, has filed an agreed motion to dismiss this appeal and all cross-appeals after settling the case, and requests that all costs be assessed against the party incurring the same. The parties further request that this Court dissolve its June 12, 2014 Order that had stayed the trial court's May 30, 2014 Order Granting Joint Motion for Court Approval of Settlement and Denying Receiver's Motion for Release of Funds to Pay Receivership Fees. This motion was signed by appellees' and cross-appellants' counsel, no other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1), (c).

Accordingly, we grant the motion and **dismiss** the appeal and all cross-appeals, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We further **lift** the stay imposed by our June 12, 2014 Order. We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Higley, Bland, and Sharp.

2